No. 85–6936. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 784 F. 2d 1111.

No. 85–6943. ROBERTSON *v.* ROBERTSON ET AL. Sup. Ct. Cal. Certiorari denied.

No. 85–6954. MILLER *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 85–6961. MABERY *v.* KEITH ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6975. KIMBERLIN *v.* UNITED STATES DEPARTMENT OF JUSTICE ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–6979. MARTIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–6996. NAVE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–6999. MILLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–7006. THOMPSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–7020. HOGAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–7032. MELHEM *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 84–1304. SYNANON CHURCH ET AL. *v.* READER'S DIGEST ASSN., INC., ET AL. Sup. Ct. Cal. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 84–6698. CARTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari.